Della E. Wenzel, Appellee, v. Catherine E. Craddock Gorman et al., Defendants.
On Appeal of Commercial Credit Corporation, Appellant.

Gen. No. 45,856.

James C. O'Brien, Jr., and Raymond J. Boland, for appellant; Yowell, Thorpe, Schneberger & Kelly, and Stephen E. Ladd, for appellee; John J. Yowell, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed April 22, 1953; rehearing denied May 19, 1953; released for publication June 3, 1953.